Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

**E-filed 6/2/05**

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRYL MORENO, JASON STORMS, SARA STORMS, MONICA LINDSLEY, EDMOND HAROUTONIAN, JONATHAN O'TOOLE, NATHANIEL ENYART, KEITH MASON,<br><br>Plaintiffs,<br><br>v.<br><br>THE TOWN OF LOS GATOS, SAM WONNELL, KIMBALL STANLEY, and DANIEL ACCARDO,<br><br>Defendants. | NO.:  C 04 01617 JF<br><br>**PLAINTIFFS' CASE MANAGEMENT STATEMENT** and ORDER<br><br>Date:. June 3, 2005<br>Time: 10:30 p.m. Sept<br>Judge:  Fogel<br>Courtroom: 3 (5th Floor) |

The parties have been conferring on the language and terms of a consent decree and settlement agreement. The parties would ask that the court continue the CMC for another month to allow these efforts to continue.  The Case Management Conference is continued to July 8, 2005 at 10:30.

Dated: May 27, 2005

_____
MICHAEL MILLEN, ESQ.
ATTORNEY FOR PLAINTIFFS

IT IS SO ORDERED.
6/2/05

Judge Jeremy Fogel  /s/electronic signature authorized
United States District Court