Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

Attorney for Plaintiffs

**E-filed 7/13/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRYL MORENO, JASON STORMS, SARA STORMS, MONICA LINDSLEY, EDMOND HAROUTONIAN, JONATHAN O'TOOLE, NATHANIEL ENYART, KEITH MASON,<br><br>Plaintiffs,<br><br>v.<br><br>THE TOWN OF LOS GATOS, SAM WONNELL, KIMBALL STANLEY, and DANIEL ACCARDO,<br><br>Defendants. | NO.:  C 04 01617 JF<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:. July 8, 2005<br>Time: 10:30 p.m. Sept<br>Judge: Fogel<br>Courtroom: 3 (5th Floor) |

1
2       The parties have been conferring on the language and terms of a consent decree and settlement
3   agreement. Vacation schedules of the principals and counsel make it necessary to request another
4   continuance for 60 days. The parties would ask that the court continue the CMC to September 9,
5   2005 to allow these efforts to continue.
6
7
8   Dated: July 5, 2005

                MICHAEL MILLEN, ESQ.
                ATTORNEY FOR PLAINTIFFS

9
10
11
12                   RANKIN, LANDSNESS, LAHDE,
                SERVERIAN & STOCK
13
14   Dated: July 5, 2005                /s/
15                   MICHAEL C. SERVERIAN, ESQ.
                ATTORNEY FOR DEFENDANTS
16
17       GOOD CAUSE APPEARING, the July 8, 2005, case management conference is hereby reset
18   and continued to September 9, 2005, at 10:30 a.m.
19
20
21   Dated:  7/13/05                /s/electronic signature authorized
22                   JEREMY FOGEL
                UNITED STATES DISTRICT COURT
23                   JUDGE
24
25
26
27
28