Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRYL MORENO, JASON STORMS, SARA STORMS, MONICA LINDSLEY, EDMOND HAROUTONIAN, JONATHAN O'TOOLE, NATHANIEL ENYART, KEITH MASON,<br><br>Plaintiffs,<br><br>v.<br><br>THE TOWN OF LOS GATOS, SAM WONNELL, KIMBALL STANLEY, and DANIEL ACCARDO,<br><br>Defendants. | NO.:  C 04 01617 JF<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:. May 16, 2008<br>Time: 10:30 a.m.<br>Judge:  Fogel<br>Courtroom: 3 (5th Floor) |

1  In light of the 9th Circuit's decision in this matter, the parties are exploring settlement
2  possibilities as an alternative to continued litigation. The parties would ask that the court continue
3  the CMC to late August or early September 2008 to allow these efforts to continue.

6  Dated: May 9, 2008

_____
MICHAEL MILLEN, ESQ.
ATTORNEY FOR PLAINTIFFS

RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK

12  Dated: May 9, 2008

/s/ _____
MICHAEL C. SERVERIAN, ESQ.
ATTORNEY FOR DEFENDANTS

GOOD CAUSE APPEARING, the May 16, 2008, case management conference is hereby reset and continued to 9/5/08, at 10:30 a.m.

Dated:  5/14/08

_____
JEREMY FOGEL
UNITED STATES DISTRICT COURT
JUDGE