1

2                                                                **E-Filed 11/4/08**

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                              **SAN JOSE DIVISION**

11

12   APRYL MORENO, et al.,                    Case Number C 04-1617 JF (RS)

13                         Plaintiffs,         ORDER OF DISMISSAL

14           v.

15   TOWN OF LOS GATOS, et al.

16                         Defendants.

17

18

19        The parties have advised the Court that they have agreed to a settlement of this case.

20        IT IS HEREBY ORDERED that the case be dismissed with prejudice.  However, if any

21   party notifies the Court within ninety days of the date of this order that the agreed consideration

22   for said settlement has not been delivered, this order will be vacated and the case will be restored

23   to the calendar to be set for trial.

24

25   Dated:  November 3, 2008

                                              _____
26                                              JEREMY FOGEL
                                                United States District Judge
27

28

Case No. C 04-1617 JF (RS)
ORDER OF DISMISSAL
(JFLC2)

1   Copies of Order served on:

2

3
    Michael Millen MikeMillen@aol.com
4
    Michael C. Serverian mserverian@rllss.com
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 04-1617 JF (RS)
ORDER OF DISMISSAL
(JFLC2)